# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0771
_____

MARK C. JACKSON,

Appellant,

v.

CALEB BRYANT,

Appellee.

_____

On appeal from the Circuit Court for Bradford County.
George M. Wright, Judge.

September 26, 2025

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROWE and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Mark C. Jackson, pro se, Appellant.

James J. Taylor, Jr. and Katelyn T. Hardwick of Taylor Arrubla Hardwick P.A., Keystone Heights, for Appellee.